**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No.     14-cr-00399-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SEAN SWANSON,

    Defendant.

---

**ORDER DISMISSING THE INDICTMENT WITHOUT PREJUDICE**

---

Upon the Motion of the United States of America to Dismiss the Indictment without Prejudice as to Defendant Sean Swanson (ECF No. 30), it is

**ORDERED** that the Motion is **GRANTED,** and the Indictment as to Defendant Sean Swanson is hereby Dismissed without Prejudice.

DATED this 13th day of May, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge